[No. 27375-0-III.   Division Three.   July 14, 2009.]

TERESA K. ROY, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES ELECTRIC BOARD, *Respondent*.

Appeal from a judgment of the Superior Court for Asotin County, No. 08-2-00049-0, William D. Acey, J., entered August 4, 2008. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, A.C.J., and Brown, J.

[No. 58419-7-I.   Division One.   July 20, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES WAYNE CARDIN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-1-00697-4, George N. Bowden, J., entered November 9, 2005. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Ellington and Lau, JJ.

[No. 60458-9-I.   Division One.   July 20, 2009.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN QUENTIN MORIMOTO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-02704-5, Joan E. DuBuque, J., entered July 23, 2007. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Agid and Becker, JJ.